```
DANIEL J. BRODERICK, #89424
Federal Defender
ELIZABETH T. HEY, PA Bar #56464
Assistant Federal Defender
Designated Counsel for Service
P. O. Box 631
Yosemite Nat'l. Park, California  95389
Telephone: (209) 372-0306

Attorney for Defendant
DAVID KING
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID KING,<br><br>　　　　　　Defendant. | NO. 6:06-mj-00052 WMW<br><br>STIPULATION SETTING CASE FOR TRIAL AND [PROPOSED] ORDER<br><br>Date:  July 21, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that **the above matter may be set for trial in the above-entitled court on July 21, 2006, at 9:00 A.M., and that the status conference hearing now set for July 18, 2006, may be taken off calendar.**

DATED: June 19, 2006                                      DATED: June 19, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　　 Federal Defender


 /s/  Elizabeth Waldow                                  By  /s/ Elizabeth T. Hey
ELIZABETH WALDOW                                  Assistant Federal Defender
Chief Legal Officer                                          Attorneys for Defendant
National Park Service                                      DAVID KING

**O R D E R**

**IT IS SO ORDERED.**

DATED:  June ____, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. WUNDERLICH, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　Eastern District of CaliforniaIT IS SO ORDERED.

1  **Dated:   June 23, 2006**            **/s/  William M. Wunderlich**
   mmkd34                          UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Setting Case for Trial
and [Proposed] Order                          2